FREDERICK C. URBAN, Appellant, v. MARY TOMKINS, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, with costs to abide the event. We do not think the mere acceptance of the securities in question constituted an abandonment of plaintiff's lien. The intention in acceptance is an important element. The trial court by finding third held that the securities were accepted in part payment or as security for part of the purchase price. At plaintiff's request it was also.found (fourth finding) that defendant stated that he would deposit the securities with the plaintiff until the purchase price was fully paid. We grant a new trial in order that it may be definitely determined whether plaintiff accepted the securities in payment, or as security, or for any other purpose. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

RANDOLPH WHITMAN, Respondent, v. THE DAYTON RUBBER MANUFACTURING COMPANY OF DELAWARE and Another, Appellants.— Order denying motion to vacate attachment affirmed, with ten dollars costs and disbursements. The recent decision of the Court of Appeals in Zenith Bathing Pavilion v. Fair Oaks Steamship Corporation (240 N. Y. 307) permits us to affirm this order. The two defendant corporations are almost identical in name. Plaintiff's correspondence affecting his contract was treated by both defendants indiscriminately, and without renunciation of liability on the theory of the wrong party being charged. Their counsel conceded on the argument that one of these defendants had the dealings with plaintiff of which he complained, but refused to inform us which of the two corporations it was. We think, in the circumstances, that the case is not only a proper one for suit against both defendants within the provisions of section 213 of the Civil Practice Act, but that the attachment may be upheld as against both. Here, there was evidence which we think was sufficient " to sustain the warrant if each had been sued separately instead of all of them together," as stated by Judge Cardozo in the case cited. Kelly, P. J., Jaycox, Manning and Kapper, JJ., concur; Kelby, J., dissents.

STEVE VASSOS, Respondent, v. DAVID G. GODWIN, Appellant.— Application denied, with ten dollars costs.

WILLIAM AVRUTIS, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LYMAN H. BEVANS, Appellant, v. CHARLES J. HERRICK and Others, Respondents. — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

CLIFFORD BRINCKERHOFF, an Infant, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LEOPOLD COHEN, Respondent, v. SAMUEL COHEN, Appellant, Impleaded with Another, Defendant.— Motion for reargument or for leave to appeal to the Court of Appeals, and for a stay, denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.